UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 15, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO ORTIZ,

    Defendant.

Case No. 2:23-mj-00041-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANCISCO ORTIZ ,

Case No.  2:23-mj-00041-DB , Charge 18 U.S.C. § 1344(2), from custody for the following reasons:

    __X__  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

    _____  Unsecured Appearance Bond $ _____

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    __X__  (Other): Mr. Ortiz to report to Pretrial Services Office 501 I Street, Ste 2400, Sacramento, CA 95814 on March 17th, 2023 at 9 AM

Issued at Sacramento, California 2:30pm.

Dated:  March 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE